Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-28255 (ABA)**

Christine M. Caroline  
1815 Emerson Avenue  
Atlantic City, NJ  08401

Monthly Payment: $527.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $209.70 | 01/05/2021 | $63.46 | 01/07/2021 | $63.46 | 01/14/2021 | $63.46 |
| 01/25/2021 | $63.46 | 01/27/2021 | $63.46 | 01/29/2021 | $273.16 | 02/05/2021 | $63.46 |
| 02/10/2021 | $63.46 | 02/24/2021 | $63.46 | 02/26/2021 | $273.16 | 02/26/2021 | $63.46 |
| 03/09/2021 | $63.46 | 03/12/2021 | $63.46 | 03/17/2021 | $63.46 | 03/25/2021 | $63.46 |
| 03/26/2021 | $273.16 | 03/31/2021 | $63.46 | 04/09/2021 | $63.46 | 04/14/2021 | $63.46 |
| 04/21/2021 | $63.46 | 04/30/2021 | $63.46 | 04/30/2021 | $209.70 | 05/05/2021 | $63.46 |
| 05/13/2021 | $63.46 | 05/20/2021 | $63.46 | 05/26/2021 | $63.46 | 06/01/2021 | $273.08 |
| 06/02/2021 | $63.46 | 06/09/2021 | $63.46 | 06/16/2021 | $63.46 | 06/23/2021 | $63.46 |
| 06/30/2021 | $273.16 | 07/06/2021 | $63.46 | 07/08/2021 | $63.46 | 07/16/2021 | $63.46 |
| 07/23/2021 | $63.46 | 07/29/2021 | $63.46 | 07/30/2021 | $209.70 | 08/04/2021 | $63.46 |
| 08/11/2021 | $63.46 | 08/19/2021 | $63.46 | 08/27/2021 | $63.46 | 08/27/2021 | $273.16 |
| 09/01/2021 | $63.46 | 09/14/2021 | $63.46 | 09/16/2021 | $63.46 | 09/24/2021 | $63.46 |
| 09/29/2021 | $63.46 | 09/30/2021 | $209.70 | 10/06/2021 | $63.46 | 10/13/2021 | $63.46 |
| 10/20/2021 | $63.46 | 10/28/2021 | $63.46 | 10/29/2021 | $275.16 | 11/05/2021 | $63.46 |
| 11/10/2021 | $63.46 | 11/18/2021 | $63.46 | 11/30/2021 | $63.46 | 12/01/2021 | $273.16 |
| 12/09/2021 | $63.46 | 12/14/2021 | $63.46 | 12/17/2021 | $63.46 | 12/28/2021 | $63.46 |
| 12/30/2021 | $209.70 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTINE M. CAROLINE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,060.00 | $4,060.00 | $0.00 | $4,060.00 |
| 1 | ADS/COMENITY/BOSCOV | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTICARE REGIONAL MEDICAL CTR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BRINDISI BUILDERS, LLC | 33 | $26,566.80 | $2,265.17 | $24,301.63 | $0.00 |
| 4 | CAVALRY SPV I, LLC | 33 | $2,708.10 | $230.90 | $2,477.20 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DSNB MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DSNB MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MAINLAND DENTAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,082.45 | $944.93 | $10,137.52 | $0.00 |
| 10 | ROCKET MORTGAGE, LLC | 24 | $2,110.43 | $2,110.43 | $0.00 | $9.11 |
| 11 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,958.43 | $252.25 | $2,706.18 | $0.00 |
| 15 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 16 | ROCKET MORTGAGE, LLC | 13 | $250.00 | $250.00 | $0.00 | $250.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 8.00 | $0.00 |
| 06/01/2020 | Paid to Date | $2,242.30 |
| 07/01/2020 | 51.00 | $527.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,535.62 |
| Total paid to creditors this period: | $4,319.11 |
| Undistributed Funds on Hand: | $791.09 |
| Arrearages: | ($150.00) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**