Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-28255 (ABA)

Christine M. Caroline  
1815 Emerson Avenue  
Atlantic City, NJ  08401

Monthly Payment: $527.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2022 | $63.46 | 01/11/2022 | $63.46 | 01/14/2022 | $63.46 | 01/28/2022 | $63.46 |
| 01/28/2022 | $273.16 | 02/01/2022 | $63.46 | 02/08/2022 | $63.46 | 02/16/2022 | $63.46 |
| 02/23/2022 | $63.46 | 02/25/2022 | $273.16 | 02/28/2022 | $63.46 | 03/09/2022 | $63.46 |
| 03/14/2022 | $63.46 | 03/22/2022 | $63.46 | 03/25/2022 | $63.46 | 04/01/2022 | $209.70 |
| 04/05/2022 | $63.46 | 04/07/2022 | $63.46 | 04/14/2022 | $63.46 | 04/21/2022 | $63.46 |
| 04/28/2022 | $63.46 | 04/29/2022 | $275.16 | 05/05/2022 | $63.46 | 05/12/2022 | $63.46 |
| 05/19/2022 | $63.46 | 05/26/2022 | $63.46 | 05/27/2022 | $273.16 | 06/06/2022 | $63.46 |
| 06/09/2022 | $63.46 | 06/15/2022 | $63.46 | 06/22/2022 | $63.46 | 06/30/2022 | $209.70 |
| 07/01/2022 | $63.46 | 07/07/2022 | $63.46 | 07/19/2022 | $63.46 | 07/25/2022 | $63.46 |
| 07/29/2022 | $63.46 | 07/29/2022 | $273.16 | 08/05/2022 | $63.46 | 08/10/2022 | $63.46 |
| 08/25/2022 | $63.46 | 08/26/2022 | $273.16 | 08/30/2022 | $63.46 | 09/02/2022 | $63.46 |
| 09/14/2022 | $63.46 | 09/19/2022 | $63.46 | 09/21/2022 | $63.46 | 09/30/2022 | $63.46 |
| 09/30/2022 | $209.70 | 10/07/2022 | $63.46 | 10/13/2022 | $63.46 | 10/19/2022 | $63.46 |
| 10/28/2022 | $63.46 | 10/28/2022 | $273.16 | 11/02/2022 | $63.46 | 11/15/2022 | $63.46 |
| 11/16/2022 | $63.46 | 11/28/2022 | $63.46 | 11/28/2022 | $273.16 | 12/07/2022 | $63.46 |
| 12/07/2022 | $63.46 | 12/20/2022 | $63.46 | 12/21/2022 | $63.46 | 12/30/2022 | $209.70 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTINE M. CAROLINE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | ADS/COMENITY/BOSCOV | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTICARE REGIONAL MEDICAL CTR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BRINDISI BUILDERS, LLC | 33 | $26,566.80 | $5,853.98 | $20,712.82 | $2,265.17 |
| 4 | CAVALRY SPV I, LLC | 33 | $2,708.10 | $596.73 | $2,111.37 | $230.90 |
| 5 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DSNB MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DSNB MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MAINLAND DENTAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,082.45 | $2,442.02 | $8,640.43 | $944.93 |
| 10 | ROCKET MORTGAGE, LLC | 24 | $2,110.43 | $2,110.43 | $0.00 | $2,101.32 |
| 11 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,958.43 | $651.89 | $2,306.54 | $252.25 |
| 15 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 16 | ROCKET MORTGAGE, LLC | 13 | $250.00 | $250.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 8.00 | $0.00 |
| 06/01/2020 | Paid to Date | $2,242.30 |
| 07/01/2020 | 51.00 | $527.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,326.00 |
| Total paid to creditors this period: | $5,794.57 |
| Undistributed Funds on Hand: | $731.34 |
| Arrearages: | ($152.00) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**