Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-28255 (ABA)

Christine M. Caroline  
1815 Emerson Avenue  
Atlantic City, NJ  08401

Monthly Payment: $527.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $63.46 | 01/10/2023 | $63.46 | 01/11/2023 | $63.46 | 01/19/2023 | $63.46 |
| 01/26/2023 | $63.46 | 01/27/2023 | $273.16 | 02/01/2023 | $63.46 | 02/14/2023 | $63.46 |
| 02/16/2023 | $63.46 | 02/24/2023 | $273.16 | 02/28/2023 | $63.46 | 03/02/2023 | $63.46 |
| 03/13/2023 | $63.46 | 03/16/2023 | $63.46 | 03/22/2023 | $63.46 | 03/29/2023 | $63.46 |
| 03/30/2023 | $209.70 | 04/06/2023 | $63.46 | 04/14/2023 | $63.46 | 04/19/2023 | $63.46 |
| 04/28/2023 | $273.16 | 05/02/2023 | $63.46 | 05/04/2023 | $63.46 | 05/10/2023 | $63.46 |
| 05/17/2023 | $63.46 | 05/24/2023 | $63.46 | 05/30/2023 | $273.16 | 06/02/2023 | $63.46 |
| 06/07/2023 | $63.46 | 06/14/2023 | $63.46 | 06/22/2023 | $63.46 | 06/29/2023 | $63.46 |
| 06/30/2023 | $209.70 | 07/06/2023 | $63.46 | 07/12/2023 | $63.46 | 07/20/2023 | $63.46 |
| 07/26/2023 | $63.46 | 07/28/2023 | $273.16 | 08/03/2023 | $63.46 | 08/15/2023 | $63.46 |
| 08/17/2023 | $63.46 | 08/25/2023 | $63.46 | 08/30/2023 | $63.46 | 09/01/2023 | $209.70 |
| 09/06/2023 | $63.46 | 09/19/2023 | $63.46 | 09/20/2023 | $63.46 | 09/27/2023 | $63.46 |
| 10/04/2023 | $63.46 | 10/05/2023 | $278.00 | 10/17/2023 | $63.46 | 10/20/2023 | $63.46 |
| 10/25/2023 | $63.46 | 11/02/2023 | $63.46 | 11/02/2023 | $278.00 | 11/16/2023 | $63.46 |
| 11/27/2023 | $63.46 | 11/28/2023 | $63.46 | 11/30/2023 | $63.46 | 12/01/2023 | $278.00 |
| 12/08/2023 | $63.46 | 12/19/2023 | $63.46 | 12/28/2023 | $63.46 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTINE M. CAROLINE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | ADS/COMENITY/BOSCOV | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTICARE REGIONAL MEDICAL CTR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BRINDISI BUILDERS, LLC | 33 | $26,566.80 | $9,489.60 | $17,077.20 | $3,635.62 |
| 4 | CAVALRY SPV I, LLC | 33 | $2,708.10 | $967.34 | $1,740.76 | $370.61 |
| 5 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DSNB MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DSNB MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MAINLAND DENTAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,082.45 | $3,958.62 | $7,123.83 | $1,516.60 |
| 10 | ROCKET MORTGAGE, LLC | 24 | $2,110.43 | $2,110.43 | $0.00 | $0.00 |
| 11 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,958.43 | $1,056.76 | $1,901.67 | $404.87 |
| 15 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 16 | ROCKET MORTGAGE, LLC | 13 | $250.00 | $250.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 8.00 | $0.00 |
| 06/01/2020 | Paid to Date | $2,242.30 |
| 07/01/2020 | 51.00 | $527.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,128.82 |
| Total paid to creditors this period: | $5,927.70 |
| Undistributed Funds on Hand: | $344.22 |
| Arrearages: | $570.18 |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**